THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN BLOTZER, ET AL.,

    Plaintiffs,

v.

BROCK PIERCE,

    Defendant.

Civ. No. 22-01278 (MAJ)

## JUDGMENT

On October 22, 2024, Plaintiffs filed a Motion for Voluntary Dismissal (**Docket No. 102**). In accordance with the Order entered at Docket No. 103, judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of October, 2024.

                        /s/ María Antongiorgi-Jordán
                        **MARIA ANTONGIORGI-JORDAN**
                        **UNITED STATES DISTRICT JUDGE**